# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

September 21, 2015

Chris Wolpert
Chief Deputy Clerk

Mr. Michael L. Calloway Sr.
P.O. Box 2031
Edmond, OK 73083

**RE:** 15-6176, Calloway, et al v. Bank of America, et al
Dist/Ag docket: 5:15-CV-00068-M

Dear Appellant:

The district court will transmit to the court of appeals as the record on appeal, copies of all relevant documents filed in the district court except those excluded by 10th Cir. R. 10.3(E). As a result, you do not need to submit any record materials.

You must file an opening brief within 40 days from the date of this letter. You may use the enclosed Pro Se Brief form or you may file a separate brief. If you do not use the form, your brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief is grounds for dismissal without further notice. Copies must be served on all opposing counsel and all unrepresented parties. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions. Motions for extensions of time are not favored and, absent extraordinary circumstances, will not be granted.

The appellee may file an answer brief within 30 days after filing and service of your opening brief. Copies must be served on all opposing counsel and all unrepresented parties.

If the appellee files an answer brief, you may file a reply brief. Your reply brief must be filed within 14 days after filing and service of appellee's answer brief. Copies must be served on all opposing counsel and all unrepresented parties.

Please contact this office if you have questions.

                      Sincerely,

                      Elisabeth A. Shumaker
                      Clerk of the Court

cc:      William H. Hoch III
          Sean C. Wagner
          Meredith Walck Wolfe

EAS/at