UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Michael L. and Lillie E. Calloway Revocable
Trust and Michael L. and Lillie E. Calloway
(trustee) of the Michael l and Lillie E. Calloway
Revocable Trust

    Appellant,    )
            )
            ) Case No. 6176
vs.           ) Dist/Ag docket: 5:15-CV-00068-M
            )
            )
            )
Bank of America Corporation, et al., )

    Appellee,

## MOTION FOR EXTENSION OF TIME

**COMES NOW**, Michael L. Calloway Pro Se (Appellant) hereby respectfully move this court for a (30) thirty- day extension of time in which to file my brief in the above-styled case. Appellant seeks the extension for the foregoing.

1. The appellant's brief is due on October 31, 2015
2. Appellant made a good faith effort and contacted opposing counsel on October 21, 2015 for statement of position and counsel did not oppose.
3. While reading and trying to comply with the rules of the 10th circuit, I read that motions for extensions are disfavored but I never read where they were always denied. As a Pro Se counsel appearing and preparing his brief for the first time and in this tenth circuit court absent of any assistance or association with anyone is a task that is and has become so complex that an adequate brief cannot be reasonably prepared by the October 31, 2015 due date.
4. This is Appellant's first time requesting an extension.
5. This motion was mailed prior to the 5 day due date requirement
6. Appellee and its counsel have burden and created an extreme hardship for Appellant and his family for over 6 years. Due to Appellee's continuous actions Appellant's have been

forced defend their livelihood and home in Oklahoma Circuit Court, Oklahoma's Appellate Court, US. Bankruptcy Court, Oklahoma District Court, and now the U.S. 10th Circuit Court of Appeals. Appellant's feel that this is Michael Calloway Pro Se (Appellant's) last chance to be present truth and be granted the right be treated and heard fairly based from the merit and facts of this case rather than mere attorney hearsay. If Appellant's are not granted this extension it will be detrimental as it will create irreparable harm and damages to the Appellant's and their family.

## PRO-SE LITIGANTS

Haines v. Kerner, 404 U.S. 519 (1972), a pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Id., at 520-521, quoting Conley v. Gibson, 355 U.S. 41, 45-46 (1957).

Michael L Calloway and Lillie E Calloway Pro Se, (Appellant) hereby move this court to recognize his Pro Se / Layman rights as this court has authority to grant this status pursuant to Haines v. Keaner, et al. 404 U. S. 519,92s. Ct. 594,301 L. Ed. 2d 652, See Conley v. Gibson, 355 U.S. 41,45 46 (1957). Plaintiffs assert their rights and pleadings as pro se litigants to be considered without regard to technicality. Pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers. Pro se litigants are to be given reasonable opportunity to remedy the defects in their pleadings. See Picking v. Pennsylvania R. Co. 151 Fed, 2nd 240; Pucket v. Cox, 456 2nd 233; the Court held that a pro-se pleading requires less stringent reading than one drafted by a lawyer (456 F2d 233 (1972 Sixth Circuit USCA).Platsky v. C.I.A., 953 F. 2d 25; Reynoldson v. Shillinger, 907 F. 2d 124, 126 (10th Cir. 1990) and Jaxon v. Circle K Corp., 773 F. 2d 1138, 1140 (10th Cir. 1985). When a pro se claimant is involved, "the Court must take particular care to construe the plaintiff's filings liberally, for such [filings] are held 'to less stringent standards than formal pleadings drafted by lawyers." as stated above Platsky v. C.I.A., 953 F. 2d 25 also held,  "<u>Court errs if court dismisses pro se litigant without instructions of how pleadings are deficient and how to repair pleadings</u>

**Therefore** for good cause, Appellant move this court for an additional (30) days to avoid non compliance with court rules and due date in order to complete a file its opening  brief in support.

**WHEREFORE,** premises considered Appellant pray this court to grant Appellants request for extension.

Respectfully submitted,

*[signature]*

Michael L. Calloway, *Pro Se*
P. O. Box 2031
Edmond, Ok 73083
405-241-6147

## AFIDAVIT OF MICHAEL CALLOWAY

I, Michael L. Calloway Sr. being of lawful age and being duly sworn, depose and states as follows:

1. That the above mentioned case is true and correct.

2. That Appellant's request is duly warranted, pertinent and if not granted would greatly prejudice and cause a further burden to Appellant's which would in fact create irreparable harm and damages.

## CERTIFICATE OF SERVICE

I do hereby certify that the above foregoing was mailed postage pre-paid by placing the same in a stamped envelope and placed in the United States mail, to the address below.

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Al 35203-2119