FILED
United States Court of Appeals
Tenth Circuit

December 7, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

MICHAEL L. CALLOWAY,

    Plaintiff - Appellant,

and

MICHAEL L. AND LILLIE E. CALLOWAY REVOCABLE TRUST, et al.,

    Plaintiffs,

v.

BANK OF AMERICA CORPORATION, et al.,

    Defendants - Appellees.

No. 15-6176

---

## ORDER

---

    This matter is before the court on appellant's second motion for extension of time to file the appellant's brief wherein appellant requests an extension of time of ten days from the clerk's receipt of the motion to file his opening brief. The clerk received the motion today. At the direction of the court, the motion is granted as requested. The brief shall be served and filed on or before December 17, 2015.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk