UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Michael L. and Lillie E. Calloway Revocable
Trust and Michael L. and Lillie E. Calloway
(trustee) of the Michael l and Lillie E. Calloway
Revocable Trust

    Appellant,    )
            )
            ) Case No. 6176
vs.           ) Dist/Ag docket: 5:15-CV-00068-M
            )
            )
            )
Bank of America Corporation, et al., )

    Appellee,

**EMERGENCY MOTION FOR EXTENSION OF TIME**

   **COMES NOW**, Michael L. Calloway Pro Se (Appellant) hereby respectfully move this court for a (10) ten- day extension of time in which to file my reply brief in the above-styled case. This request is in no way an attempt to delay this litigation; therefore Appellant seeks the emergency extension for the foregoing.

   The main reason why this EMERGENCY REQUEST is being filed is a result of the unexpected circumstances that have occurred. This is Appellant's third time requesting an extension which this request is a consequence of retaliation perpetrated by the Appellees actions relating from the previous "In Personum " judgment in the Oklahoma County Court case No CJ-2010-7513 and the pending Quiet Title Case presently on appeal.

   1.   The appellant's brief is due on February 25, 2016

   2.   Appellant made a good faith effort and contacted opposing counselors for

statement of position and counsel did not oppose.

3. Matters beyond Appellants control that were predicated from Appellees willful and malicious conspired effort to not only hinder my ability to comply with FRAP but to totally eliminate my ability to comply in the manner and time required.

4. On February 4, 2016 Appellee and its co-conspirators the Oklahoma county Court judges, lawyers, and the Oklahoma County Sheriff's office knowing and intentionally agreed to a hostile takeover of my residence by issuing a manufactured case of which they initiated a bogus warrant to have me unlawfully detained against my will (See Ex. "A")

5. Appellees effort to detain Mr. Calloway (Appellant) over the weekend failed and the result from that bogus warrant being issued was purposely altered. Making this journal entry invisible and NEVER TO BE SEEN any other authorities or officials was their attempt to frame and railroad me with fabricated charges from a f/t/a to be held without bond is evident by Judge Roger Stuart's uttered document of which I printed the following Monday February 8, 2016. Whereas, this journal entry was made to appear as if the initial BENCH WARRANT FOR ARREST was never issued (See Ex "A-1")

6. On February 16, 2016 Judge Parrish issued a SECOND f/t/a bench warrant for what appeared to be the FIRST one. (See Ex. "A-2")

7. Upon receiving frantic messages from neighbors on February 17, 2016 concerning the multiple amount of Oklahoma County Sheriff Office Deputies, undercover vehicles, surveillance, and suspicious individuals and vehicles at my residence of 19445 Sportsman Rd as well as in and around their residence in the early a.m. was completely in violation of **Color of Law, 18 U.S. Code § 242 - Deprivation of rights under color of law and 42 U.S. Code § 1983 - Civil action for deprivation of rights** as they unlawfully entered and seized my property and possessions absent of probable cause and reasonable suspicion.

8. On February 22, 2016 this bogus warrant was ***mysteriously withdrawn*** by Judge Parris thereby irrefutably validating the unlawful yet successful attempt to further hinder and eliminate my ability to the orders and rules of the court and its timeframe. These egregious, malicious, wanton, and deliberate acts by officers of the courts who have taken sworn oaths to uphold and abide by the governing laws of the Oklahoma and U.S Constitution is incomprehensible of which is evidenced by (Ex. "A-3")

Appellee and its counsel have burden and created an extreme hardship for Appellant and his family for over 6 years and these acts have continued. Appellee's habitual acts have forced Appellant and his family out of their home and state. While fearing for our safety and well being we have become victims of Judicial Improprieties, Abuse of Power, Abuse of Process, Harassment, Retaliation, Intimidation, threats, and more. If Appellant's are not granted this extension it will be detrimental as it will create irreparable harm and damages to the Appellant's and their family.

## PRO-SE LITIGANTS

Haines v. Kerner, 404 U.S. 519 (1972), a pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Id., at 520-521, quoting Conley v. Gibson, 355 U.S. 41, 45-46 (1957).

Michael L Calloway et, al Pro Se, (Appellant) hereby move this court to recognize his Pro Se / Layman rights as this court has authority to grant this status pursuant to Haines v. Keaner, et al. 404 U. S. 519,92s. Ct. 594,301 L. Ed. 2d 652, See Conley v. Gibson, 355 U.S. 41,45 46 (1957). Plaintiffs assert their rights and pleadings as pro se litigants to be considered without regard to technicality. Pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers. Pro se litigants are to be given reasonable opportunity to remedy the defects in their pleadings. See Picking v. Pennsylvania R. Co. 151 Fed, 2nd 240; Pucket v. Cox, 456 2nd 233; the Court held that a pro-se pleading requires less stringent reading than one drafted by a lawyer (456 F2d 233 (1972 Sixth Circuit USCA).Platsky v. C.I.A., 953 F. 2d 25; Reynoldson v. Shillinger, 907 F. 2d 124, 126 (10th Cir. 1990) and Jaxon v. Circle K Corp., 773 F. 2d 1138, 1140 (10th Cir. 1985). When a pro se claimant is involved, "the Court must take particular care to construe the plaintiff's filings liberally, for such [filings] are held 'to less stringent standards than formal pleadings drafted by lawyers." as stated above Platsky v. C.I.A., 953 F. 2d 25 also held, "<u>Court errs if court dismisses pro se litigant without instructions of how pleadings are deficient and how to repair pleadings</u>

**Therefore for good cause**, Appellant moves this court for an additional (10) days from the receipt of this motion to avoid non compliance in order to file its completed reply brief in support.

**WHEREFORE,** premises considered Appellant pray this court to grant Appellants request for emergency extension.

Respectfully submitted,

Michael L. Calloway, *Pro Se*
P. O. Box 2031
Edmond, Ok 73083
405-241-6147

### AFIDAVIT OF MICHAEL CALLOWAY

I, Michael L. Calloway Sr. being of lawful age and being duly sworn, depose and states as follows:

1. That the above mentioned case is true and correct.

2. That Appellant's request is duly warranted, pertinent and if not granted would greatly prejudice and cause a further burden to Appellant's which would in fact create irreparable harm and damages.

### CERTIFICATE OF SERVICE

I do hereby certify that the above foregoing was mailed postage pre-paid by placing the same in a stamped envelope and placed in the United States mail, to the address below.

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Al 35203-2119

EXHIBIT "A"

| Date | Code | Description | Count-Party | Amount |
|---|---|---|---|---|
| 02-03-2016 | REQ | SUPPLEMENT MOTION FOR CLARIFICATION OF PRESIDING JUDGE AND JURISDICTION AND MOTION TO STRIKE FOR LACK OF CLARIFICATION, INSUFICIENT NOTICE, IMPROPER TRANSFER, ATTORNEY DECEIT AND MISCONDUCT, LACK OF CAPACITY AND MOTION TO CONTINUE AND FOR ORDER DIRECTING MR. CALLOWAY TO APPEAR IF EVIDENCE PRESENTED DOES NOT SATISFY THE COURT IN REFERENCE TO THE RULE(S) THAT DETERMINE INDIRECT CONTEMPT<br>Document Unavailable (#1032170558) | | |
| 02-04-2016 | CTFREE | JUDGE STUART FOR JUDGE PARRISH: APPLICATION FOR CONTEMPT CITATION HEARING - DFT F/T/A BW TO ISSUE | | |

**EXHIBIT "A-1"**

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 02-03-2016 | REQ | SUPPLEMENT MOTION FOR CLARIFICATION OF PRESIDING JUDGE AND JURISDICTION AND MOTION TO STRIKE FOR LACK OF CLARIFICATION, INSUFICIENT NOTICE, IMPROPER TRANSFER, ATTORNEY DECEIT AND MISCONDUCT, LACK OF CAPACITY AND MOTION TO CONTINUE AND FOR ORDER DIRECTING MR. CALLOWAY TO APPEAR IF EVIDENCE PRESENTED DOES NOT SATISFY THE COURT IN REFERENCE TO THE RULE(S) THAT DETERMINE INDIRECT CONTEMPT<br>Document Available (#1032170558) TIFF  PDF | | | |
| 02-04-2016 | CTFREE | JUDGE STUART FOR JUDGE PARRISH: APPLICATION FOR CONTEMPT CITATION HEARING - CONT TO 02/16/16 @ 2PM | | | |

**EXHIBIT "A-2"**

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 02-03-2016 | REQ | SUPPLEMENT MOTION FOR CLARIFICATION OF PRESIDING JUDGE AND JURISDICTION AND MOTION TO STRIKE FOR LACK OF CLARIFICATION, INSUFICIENT NOTICE, IMPROPER TRANSFER, ATTORNEY DECEIT AND MISCONDUCT, LACK OF CAPACITY AND MOTION TO CONTINUE AND FOR ORDER DIRECTING MR. CALLOWAY TO APPEAR IF EVIDENCE PRESENTED DOES NOT SATISFY THE COURT IN REFERENCE TO THE RULE(S) THAT DETERMINE INDIRECT CONTEMPT  Document Available (#1032170558) TIFF  PDF | | | |
| 02-04-2016 | CTFREE | JUDGE STUART FOR JUDGE PARRISH: APPLICATION FOR CONTEMPT CITATION HEARING - CONT TO 02/16/16 @ 2PM | | | |
| 02-16-2016 | CTFREE | JUDGE PARRISH: APPLICATION FOR CONTEMPT CITATION HEARING - ON 02/04/16, DFT WAS NOTIFIED BY THE JUDGE'S OFFICE THAT PLAINTIFF'S APPLICATION FOR CITATION WAS CONTINUED TO 02/16/16 @ 2PM. DFT F/T/A BENCH WARRANT IS AUTHORIZED | | | |
| 02-22-2016 | CTFREE | JUDGE PARRISH: PLAINTIFF IN PEACEFUL POSSESSION OF HOME, RENDERING APPLICATION FOR CONTEMPT MOOT. BENCH WARRANT IS WITHDRAWN | | | |

**EXHIBIT "A-3"**

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FEB 2 2 2016

TIM RHODES
COURT CLERK

Bank of America
Petitioner(s)

Timberlake
Attorney(s) for Petitioner

--vs--

Case No. CJ-10-7513

Calloway
Respondent(s)

Attorney(s) for Respondent

**COURT MINUTE**

Date: 2/22/16     Judge Parrish

Hearing On: _____
Ruling By Court:

Plaintiff in peaceful possession of home, rendering Application for Contempt moot. Bench Warrant is withdrawn.

Patricia G. Parrish

M Callaway
P.O. Box 2031
Idabel, OK 74083

CERTIFIED MAIL

7015 1520 0002 9423 4423

U.S. POSTAGE PAID
TEXARKANA, AR
71854
FEB 25, 16
AMOUNT
$7.18
R2305E125034-12

Scanned by
US Court of Appeals
US Marshal
1823 Stout
Denver CO 80257