UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Michael L. and Lillie E. Calloway Revocable
Trust and Michael L. and Lillie E. Calloway
(trustee) of the Michael l and Lillie E. Calloway
Revocable Trust

    Appellant,

vs.

Bank of America Corporation, et al.,

    Appellee,

)
)
)
)
)
)
)
)
)

Case No. 15-6176
Dist/Ag docket: 5:15-CV-00068-M

**MOTION FOR EXTENSION OF TIME**

  **COMES NOW**, Michael L. Calloway Pro Se (Appellant) hereby respectfully move this court for an extension of time in which to file my motion for reconsideration and notice to appeal in the above-styled case. This request is timely and warranted and Appellant therefore seeks this court's approval of the extension pursuant to the foregoing.

  1. This motion to reconsider is warranted to correct manifest errors of law and fact, or to present newly discovered evidence.

  2. This motion to reconsider order is proper "where the court has patently misunderstood a party, or has made a decision outside the adversarial issues presented to the Court by the parties, which made an error not of reasoning but of apprehension.

  3. Appellant notified opposing counsel.

  4. If Appellant's are not granted this extension it will be detrimental as it will create irreparable harm and damages to the Appellant's and their family.

## PRO-SE LITIGANTS

Haines v. Kerner, 404 U.S. 519 (1972), a pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Id., at 520-521, quoting Conley v. Gibson, 355 U.S. 41, 45-46 (1957).

Michael L Calloway and Lillie E Calloway Pro Se, (Appellant) hereby move this court to recognize his Pro Se / Layman rights as this court has authority to grant this status pursuant to Haines v. Keaner, et al. 404 U. S. 519,92s. Ct. 594,301 L. Ed. 2d 652, See Conley v. Gibson, 355 U.S. 41,45 46 (1957). Plaintiffs assert their rights and pleadings as pro se litigants to be considered without regard to technicality. Pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers. Pro se litigants are to be given reasonable opportunity to remedy the defects in their pleadings. See Picking v. Pennsylvania R. Co. 151 Fed, 2nd 240; Pucket v. Cox, 456 2nd 233; the Court held that a pro-se pleading requires less stringent reading than one drafted by a lawyer (456 F2d 233 (1972 Sixth Circuit USCA).Platsky v. C.I.A., 953 F. 2d 25; Reynoldson v. Shillinger, 907 F. 2d 124, 126 (10th Cir. 1990) and Jaxon v. Circle K Corp., 773 F. 2d 1138, 1140 (10th Cir. 1985). When a pro se claimant is involved, "the Court must take particular care to construe the plaintiff's filings liberally, for such [filings] are held 'to less stringent standards than formal pleadings drafted by lawyers." as stated above Platsky v. C.I.A., 953 F. 2d 25 also held, "Court errs if court dismisses pro se litigant without instructions of how pleadings are deficient and how to repair pleadings

**WHEREFORE,** premises considered Appellant pray this court to grant Appellants request for extension.

Respectfully submitted,

Michael L. Calloway, *Pro Se*
P. O. Box 2031
Edmond, Ok 73083
405-241-6147

## AFIDAVIT OF MICHAEL CALLOWAY

I, Michael L. Calloway Sr. being of lawful age and being duly sworn, depose and states as follows:

1. That the above mentioned case is true and correct.

2. That Appellant's request is duly warranted, pertinent and if not granted would greatly prejudice and cause a further burden to Appellant's for which has created irreparable harm and damages.

## CERTIFICATE OF SERVICE

I do hereby certify that the above foregoing was mailed postage pre-paid by placing the same in a stamped envelope and placed in the United States mail, to the address below.

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Al 35203-2119

*[Envelope image with handwritten return address:]*

D. Isbn 2031
Chn-l, OK 73083

*[Certified Mail label:]* 7015 1520 0002 9423 4461

*[Addressed to:]*
Court Clerk
Court house Appeals
Shot Street
Denver, Co 80257

*[Postage:]* U.S. POSTAGE PAID TEXARKANA, TX 75501 MAY 06 16 AMOUNT $6.47 R2305E125010-04

80257


