# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 4, 2016

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Michael L. Calloway, Sr.
v. Bank of America Corporation, et al.
No. 16-447
(Your No. 15-6176)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 20, 2016 and placed on the docket October 4, 2016 as No. 16-447.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst